ANNIE M. HENRY vs. JAMES F. MILLER, administrator.

*Costs.*

An heir-at-law appealing from the allowance of a claim by commissioners of insolvency, under R. S., c. 66, § 11, is liable to have costs awarded against him if the creditor recover, though the amount finally allowed may be less than that awarded by the commissioners.

In such case the claimant is the prevailing party.

ON EXCEPTIONS.

The plaintiff presented to the commissioners of insolvency upon the estate of late Rose Landers, of which defendant was administrator, a claim which was allowed by them. Frederic P. Maher and Dennis Maher appeared as heirs-at-law agreeably to R. S., c. 66, § 11, and claimed an appeal from this decision. The claimant seasonably brought her action for money had and received, in the supreme judicial court for this county, where a less sum than that allowed by the commissioners was awarded her. The court allowed costs in her favor against the heirs-at-law, who excepted to this ruling.

*T. M. Giveen*, for heirs-at-law.

*Butler & Fessenden*, for plaintiff.

DANFORTH, J.    An heir appealing from an allowance by commissioners of insolvency is liable under R. S., c. 66, § 11, to have costs awarded against him if the creditor recover, though the amount may be less than that awarded by the commissioners.

In such case the claimant is the prevailing party.

*Exceptions overruled.*

APPLETON, C. J.; WALTON, DICKERSON, and BARROWS, JJ., concurred.